# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|     Plaintiff, ) | Cr. No. 0 5 - 1 0 0 4 0 - T |
| v. ) | |
| ) | |
| ROY GARDNER, ) | |
|     Defendant. ) | |

## APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have **ROY GARDNER JR**, now being detained in the Madison County Jail, appear before the Honorable S. Thomas Anderson on TUESDAY, 11-22-05 at 2:00 p.m. for initial appearance and for such other appearances as this Court may direct.

Respectfully submitted this 31st day of October 2005.

JAMES W. POWELL
Assistant U. S. Attorney

## ORDER

Upon consideration of the foregoing Application,

David Jolley, U.S. Marshall, Western District of Tennessee, and Madison County Sheriff:

**YOU ARE HEREBY COMMANDED** to have **ROY GARDNER JR** appear before the Honorable

S. Thomas Anderson at the date and time aforementioned.

ENTERED this 1st day of November 2005.

S. THOMAS ANDERSON
United States Magistrate Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11/16/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10064 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT