UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No.05-10064-T |
| vs. ) | |
| ) | |
| CHARLES ROY MITCHELL ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have Charles Roy Mitchell, now being detained in the Gibson County Jail, Trenton, TN, appear before Magistrate Thomas Anderson on the 22nd day of **NOVEMBER** , 2005 at **2:00 PM** for an Appearance and for such other appearances as this Court may direct. [TUESDAY]

Respectfully submitted this_____ day of October, 2005.

Jerry R. Kitchen
Assistant U. S. Attorney

✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦✦

Upon consideration of the foregoing Application, David Jolley, U.S. Marshal, Western District of Tennessee, Memphis, TN Sheriff/Warden, Gibson County Jail, Trenton, TN.

YOU ARE HEREBY COMMANDED to have Charles Roy Mitchell appear before the Magistrate Thomas Anderson at the date and time aforementioned.

ENTERED this 31st day of October, 20___.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 11/7/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CR-10064 was distributed by fax, mail, or direct printing on November 17, 2005 to the parties listed.

---

Jerry R. Kitchen
U.S. ATTORNEY
109 S. Highland Ave.
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT